# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PANTALEON,<br><br>  Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM,<br><br>  Respondent. | Case No. 1:17-cv-01738-EPG-HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO WITHDRAW MOTION TO DISMISS<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF Nos. 9, 16) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 26, 2018, Respondent moved to dismiss the petition on the basis that the petition was filed outside the limitations period. (ECF No. 9). Petitioner filed an opposition, arguing that he was entitled to equitable tolling based on attorney abandonment. (ECF No. 11). On April 25, 2018, Respondent filed the instant request to withdraw the motion to dismiss and proceed to the merits of the petition, without prejudice to raising the timeliness issue at a later date, given that further factual development and an evidentiary hearing may be required to resolve the equitable tolling issue. (ECF No. 16).

Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

1. Respondent's request to withdraw the motion to dismiss (ECF No. 16) is GRANTED;

1

2. Within **SIXTY (60) days** of the date of service of this order, Respondent SHALL FILE AN ANSWER addressing the merits of the Petition. Any argument by Respondent that Petitioner has procedurally defaulted a claim SHALL BE MADE in the ANSWER, but must also address the merits of the claim asserted.

3. Within **SIXTY (60) days** of the date of service of this order, Respondent SHALL FILE any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition. See Rule 5(c), Rules Governing Section 2254 Cases.

4. Petitioner MAY FILE a Traverse within **THIRTY (30) days** of the date of service of Respondent's Answer. If no Traverse is filed, the Petition and Answer are deemed submitted at the expiration of the thirty days.

IT IS SO ORDERED.

Dated: **April 30, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE